IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN P. SAWYER,

       Defendant.

Case No. 3:22-CR-30064-NJR

## ORDER

**ROSENSTENGEL, District Judge:**

Pending before the Court is a Motion for Early Termination of Probation filed by Defendant John P. Sawyer. (Doc. 53). On November 15, 2024, the Court sentenced Sawyer to two years' probation, 20 hours of community service, $271,847.64 in restitution, and a special assessment of $100 after he pled guilty to one count of Mail and Fraud in violation of 18 U.S.C. § 1341. (Doc. 41). Sawyer now seeks early termination of probation, having completed nearly 18 months of his term. (Doc. 53).

Under 18 U.S.C. § 3564(c), "[t]he court, after considering the factors set forth in section 3553(a) . . . may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

Sawyer reports that he has "complied with all conditions of [his] supervision" and

Page 1 of 2

has had no violations of his terms of probation. (Doc. 53). He further states that he has satisfied all financial obligations imposed at sentencing and that he has completed his required hours of community service. (*Id.*).

The Government acknowledges that Sawyer has satisfied his financial obligations and does not appear likely to meaningfully benefit from further supervision. (Doc. 55). It confirmed with the Probation Office that Sawyer has been compliant while on probation and that no violations have been reported to the Court. (*Id.*). But, after consulting with counsel for the victim in this matter (ALDI Inc.) pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771, the Government learned that ALDI opposes Sawyer's request. (Doc. 53). Thus, it takes no position on Sawyer's motion. (*Id.*).

Having considered the motion, Probation's lack of objection, the details of the Government's response, the victim's position, and the 18 U.S.C. § 3553(a) factors, the Court finds that Sawyer's conduct and the interest of justice warrant the early termination of his term of his probation. Accordingly, the Motion for Early Termination of Probation filed by Defendant John P. Sawyer (Doc. 53) is **GRANTED**. The previously imposed term of probation is **TERMINATED** as of the date of this order.

**IT IS SO ORDERED.**

**DATED: April 29, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**